UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Brenda Montalbano,

                    Plaintiff.

      -against-

Saint Vincent's Medical Centers,

                    Defendant.
----------------------------------------------------------X

MEMORANDUM & ORDER

02CV3177(SLT)(KAM)

On March 30, 2002, plaintiff Brenda Montalbano ("Plaintiff"), commenced this action against her former employer, defendant Saint Vincent's Catholic Medical Centers, Inc. ("Defendant"). Two years later, the parties filed Defendant's fully briefed motion for summary judgment. A review of Plaintiff's Statement of Material Facts filed pursuant to Local Civil Rule 56.1 reveals that it fails to comply with this Court's Local Rules. Specifically, she was required to "include a correspondingly numbered paragraph responding to each numbered paragraph in the statement of the moving party, and if necessary, additional paragraphs containing a separate, short and concise statement of additional material facts as to which it is contended that there exists a genuine issue to be tried." Local Rule 56.1. Rather than including short and concise statements of additional material facts, Plaintiff includes up to three paragraphs in response to Defendant's 56.1 paragraphs, some of which include arguments as well as facts. She is reminded that "[t]he Local Rules require the litigant, not the Court, to sift through the record and bring to the Court's attention the pertinent information" on a motion for summary judgment. *Jones v. Smithkline Beecham Corp.*, 309 F. Supp. 2d 343, 346 n.4 (N.D.N.Y. 2004) (citing *Amnesty America v. Town of West Hartford*, 288 F.3d 467, 470 (2d Cir. 2002)).

Accordingly, IT IS HEREBY ORDERED that, no later than **August 10, 2005**, Plaintiff must submit to this Court a Statement of Material Facts that complies with Local Rule 56.1.

Plaintiff is ordered to file the aforementioned summary on the Electronic Case Filing ("ECF") system and serve a courtesy copy thereof on this Court. Plaintiff must consult this Court's individual rules prior to August 10, 2005 for any needed assistance in using the ECF system.

Failure to comply with this order may result in the entry of an order of dismissal.

Dated: Brooklyn, New York
July 25, 2005

SANDRA L. TOWNES
UNITED STATES DISTRICT JUDGE